ACHA, DEMANDANTE Y APELANTE, *v.* GUERRA ET AL., DEMANDADOS
Y APELADOS.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección 1ª., en pleito sobre tercería. (Moción de reconsi-
deración.)

No. 1717.—Resuelto en diciembre 24, 1917.

RECONSIDERACIÓN DE SENTENCIA—NOTIFICACIÓN DE LA MOCIÓN A LA PARTE CON-
TRARIA.—Una moción sobre reconsideración de sentencia fundada en errores
de procedimiento cometidos antes de dictarse la sentencia, debe ser notifi-
cada a la parte contraria en el pleito conforme a las reglas 4 y 5 de las
cortes de distrito que exigen no sólo la notificación de las mociones sino
también la prueba de ello, y cuando falta tal notificación la corte no tiene
facultad para anular su sentencia a virtud de la moción.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. R. Sancho Bonet y Enrique
Rincón Plumey.*

Los apelados no comparecieron.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Los apelados reclamaron cierta cantidad de dinero y ob-
tuvieron aseguramiento de sentencia. Los apelantes radi-
caron una demanda de tercería. Una excepción previa fué
interpuesta por los apelados y desestimada por la corte
No habiendo los apelados contestado dentro del término con-
cedido por la corte, se dictó sentencia contra los mismos en
26 de junio de 1917 que se registró en la misma fecha. Los
apelados radicaron una moción de reconsideración fundada
en errores de procedimiento cometidos antes de dictarse sen-
tencia, y, asumiendo como creemos que debemos asumir, que
la transcripción de los autos es completa, encontramos que
dicha moción no fué notificada al apelante. La corte dictó
la orden que se solicitaba. Las reglas 4 y 5 de las cortes de
distrito exigen no sólo la notificación de las mociones sino
también la prueba de la notificación. Los apelados no han
presentado alegato ni comparecido en la vista. Nada en-
contramos en los autos que justifique la acción de la corte
anulando la sentencia sin estar notificado el apelante, que

era el demandante en la corte inferior y había obtenido sentencia a su favor. Faltando la notificación la corte no tenía facultad para anular su sentencia a virtud de la moción, como se hizo en este caso. Creemos innecesario considerar las otras cuestiones levantadas en apelación, pues no lo fueron en la corte inferior. La orden de julio 26, 1917, anulando la sentencia de junio 26, 1917, debe ser revocada.

*Revocada la orden apelada.*

Jueces concurrentes: Sres. Asociados del Toro y Hutchison.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.